United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-16648-mdc
Javier A. Ramos                                                        Chapter 13
Angelina L. Ramos
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Christina          Page 1 of 1           Date Rcvd: Feb 12, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
db            +Javier A. Ramos,   3602 Morrell Avenue,   Philadelphia, PA 19114-1912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Joint Debtor Angelina L. Ramos support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Debtor Javier A. Ramos support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JAVIER A. RAMOS<br>   ANGELINA L. RAMOS<br>   **Debtor**<br><br>ACAR LEASING LTD<br>d/b/a GM FINANCIAL LEASING<br>   **Moving Party**<br><br>v.<br><br>JAVIER A. RAMOS<br>ANGELINA L. RAMOS<br>   **Respondent**<br><br>WILLIAM C. MILLER<br>   **Trustee** | CHAPTER 13<br><br>Case No.: 19-16648 (MDC)<br><br>Hearing Date: 2-11-20 at 10:30 AM<br><br>11 U.S.C. 362 |

## ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of ACAR Leasing LTD d/b/a GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2017 Chevrolet Equinox** bearing vehicle identification number 2GNALCEK7H1553453 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: 2/11/2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge