BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JAVIER RAMOS | : | CHAPTER 13 |
| ANGELINA RAMOS | : | |
| Debtors | : | NO. 19-16648 |

**ORDER**

AND NOW, upon consideration of the Motion to Incur Debt ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Request For an Expedited Hearing **GRANTED.**

2. A hearing to consider the Motion shall be and hereby is scheduled on __February 27, 2020__, at __11:30 a.m.__, **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 2, Philadelphia, Pennsylvania, 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on** February 21, 2020 _____.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on __February 21, 2020__.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: February 21, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE