United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-16648-mdc
Javier A. Ramos                                                         Chapter 13
Angelina L. Ramos
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Christina         Page 1 of 2           Date Rcvd: Feb 21, 2020
                          Form ID: pdf900         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
```
14447328       +ACAR Leasing LTD d/b/a GM Financial Leasing,   c/o William E. Craig, Esquire,   110 Marter Ave.,
                 Suite 301,    Moorestown, NJ 08057-3124
14421090       +ACAR Leasing LTD dba GM Financial Leasing,    P.O. Box 183853,   Arlington, VA 76096-3853
14410203      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:   Bank Of America,    Po Box 982238,   El Paso, TX 79998)
14435389       +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
14410204       +Best Buy/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
14444149        Citibank, N.A.,    5800 S Corporate Pl,   Sioux Falls, SD  57108-5027
14410206       +Citicards Cbna,    Po Box 6217,   Sioux Falls, SD 57117-6217
14428955       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
14410209       +Jpmcb Card,    Po Box 15369,   Wilmington, DE 19850-5369
14467222       +PENNSYLVANIA HOUSING FINANCE AGENCY,    C/O Rebecca A. Solarz,,   KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14437355       +PHILA GAS WORKS,    800 W MONTGOMERY AVE,   PHILADELPHIA, PA 19122-2898,
                 ATTN: BANKRUPTCY DEPT,3FL
14410212       +Young, Marr & Associates, LLC,    3554 Hulmeville Road,   Suite 102,   Bensalem, PA 19020-4366
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 22 2020 03:24:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 22 2020 03:24:53     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14416064       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 22 2020 03:29:18
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14410205       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 22 2020 03:28:40
                 Capital One Bank Usa N,    Po Box 30281,   Salt Lake City, UT 84130-0281
14420224        E-mail/Text: mrdiscen@discover.com Feb 22 2020 03:23:36     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14410207       +E-mail/Text: mrdiscen@discover.com Feb 22 2020 03:23:36     Discover Fin Svcs Llc,   Pob 15316,
                 Wilmington, DE 19850-5316
14410208       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 22 2020 03:23:49     Gm Financial,
                 Po Box 181145,    Arlington, TX 76096-1145
14444562        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2020 03:28:53     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14410210       +E-mail/PDF: pa_dc_claims@navient.com Feb 22 2020 03:29:07     Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
14441126       +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Feb 22 2020 03:23:33
                 Navient Solutions, LLC on behalf of,   Ascendium Education Solutions, Inc.,   PO Box 8961,
                 Madison, WI 53708-8961
14410211       +E-mail/Text: blegal@phfa.org Feb 22 2020 03:24:36     Pa Housing Finance Age,   2101 N Front St,
                 Harrisburg, PA 17110-1086
14463648       +E-mail/Text: blegal@phfa.org Feb 22 2020 03:24:36     Pennsylvania Housing Finance Agency,
                 211 North Front Street,   Harrisburg, PA 17101-1406
                                                                                              TOTAL: 12
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                         Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Christina              Page 2 of 2                   Date Rcvd: Feb 21, 2020
                              Form ID: pdf900              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Joint Debtor Angelina L. Ramos support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Debtor Javier A. Ramos support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6
```

BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JAVIER RAMOS : CHAPTER 13
      ANGELINA RAMOS :
      Debtors : NO. 19-16648

### ORDER

AND NOW, upon consideration of the Motion to Incur Debt ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby ORDERED that:

1. The Request For an Expedited Hearing **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on __February 27, 2020,__ at __11:30 a.m.__, **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 2, Philadelphia, Pennsylvania, 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on** __February 21, 2020__.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on __February 21, 2020__.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: February 21, 2020

*(signature)*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE