# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 19-16648-MDC

        JAVIER A. RAMOS
        ANGELINA L. RAMOS
        3602 MORRELL AVENUE

        PHILADELPHIA, PA 19114-

              Debtor

### CERTIFICATE OF SERVICE

        **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
        JAVIER A. RAMOS
        ANGELINA L. RAMOS
        3602 MORRELL AVENUE

        PHILADELPHIA, PA 19114-

**Counsel for debtor(s), by electronic notice only.**
        PAUL H YOUNG
        3554 HULMEVILLE RD
        SUITE 102
        BENSALEM, PA 19020

**Counsel for the United States Trustee, by electronic notice only.**
        Office of the U.S. Trustee
        Eastern District of Pennsylvania
        833 Chestnut Street, Suite 500
        Philadelphia, PA  19107

                                /s/ William C. Miller

Date: 2/26/2020

                                _____
                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee