# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JAVIER RAMOS | : | CHAPTER 13 |
| ANGELINA RAMOS | : | |
| Debtors | : | NO. 19-16648 |

## CERTIFICATE OF SERVICE

    I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that February 21, 2020, I sent copies of the Order setting an Expedited Hearing on Debtor's Motion to Incur Debts by email, ECF Notice, fax, and/or regular mail to the addresses indicated below:

    /s/ Paul H. Young
    PAUL H. YOUNG, ESQUIRE
    Attorney for Debtors

Trustee

U.S. Trustee's Office

Rebecca Solarz, Esquire
Attorney for PA Housing Finance Agency

All creditors on matrix

Debtors