**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: JAVIER RAMOS | : | CHAPTER 13 |
| ANGELINA RAMOS | : | |
| Debtors | : | NO. 19-16648 |

**ORDER**

AND NOW, this 27th day of February, 2020, upon consideration of Debtors Motion to Incur Debt, it is hereby ORDERED and DECREED that said Motion is GRANTED and the above-listed Debtors are hereby allowed to purchase the 2018 Chevrolet Impala AND 2016 Nissan Altima.

BY THE COURT:

_Magdeline D. Co____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge