IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : CHAPTER 13

JAVIER A. RAMOS                                     :
ANGELINA L. RAMOS
        DEBTOR(S)                         : BANKRUPTCY NO. 19-16648-MDC

## ORDER

AND NOW, IT IS ORDERED that the *Order Confirming Chapter 13 Plan* entered on March 26, 2020 (Docket #49) is **VACATED** having been entered in error, and it is

FURTHER ORDERED that a continued Confirmation Hearing shall be held on **May 14, 2020 at 9:30 a.m. in Courtroom No. 2**, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107.

BY THE COURT:

May 11, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE