UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

August 21, 2020

To:
**Paul Young, Esq.**

In re: **Javier A. & Angelina L. Ramos**
Bankruptcy No. **19-16648MDC**
Adversary No.
Chapter 13

Re    Motion to Convert (docket #60)

The above document(s) were filed in this office on 8/20/20. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

  ( )    Voluntary Petition
  ( )    Adversary Proceeding
  ( )    $31.00 Filing Fee for Amendments
  ( )    $25.00 Claims Transfer Fee
  (x)    Motion Filing Fee $25.00

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk


By:**Randi Janoff**
   Deputy Clerk

*Fee Notice*
*(11/26/18)*