UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 19-16648-MDC

Javier A. Ramos and Angelina L. Ramos                                              Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing Ltd. d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                             Bankr. Case No. 19-16648-MDC

Javier A. Ramos and Angelina L. Ramos                                         Chapter 13
     Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 6, 2020 :

| | |
|---|---|
| PAUL H. YOUNG | William Miller |
| Young, Marr & Associates | 583 Bourse Building |
| 3554 Hulmeville Road | 111 So. Independence |
| Suite 102 | Philadelphia, PA 19106 |
| Bensalem, PA 19020 | |

                                                                         By /s/ Mandy Youngblood
                                                                            Mandy Youngblood

xxxxx74255 / 1004228