Certificate Number: 03621-PAE-DE-033784571

Bankruptcy Case Number: 19-16648



03621-PAE-DE-033784571

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 4, 2019</u>, at <u>10:53</u> o'clock <u>AM EST</u>, <u>Javier A Ramos</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>December 4, 2019</u>          By:     <u>/s/Mike Fannelle</u>

Name:  <u>Mike Fannelle</u>

Title:  <u>Counselor</u>

Certificate Number: 03621-PAE-DE-033784567

Bankruptcy Case Number: 19-16648



03621-PAE-DE-033784567

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 4, 2019</u>, at <u>10:50</u> o'clock <u>AM EST</u>, <u>Angelina L Ramos</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>December 4, 2019</u>          By:  <u>/s/Mike Fannelle</u>

Name:  <u>Mike Fannelle</u>

Title:  <u>Counselor</u>